# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

EXPRESS SCRIPTS, INC. and EXPRESS )
SCRIPTS SENIOR CARE HOLDINGS, INC., )
)
    Plaintiffs, )
)
v. ) No. 4:17CV1520 RLW
)
KALEO, INC., )
)
    Defendant. )

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant kaleo, Inc.'s ("kaleo") Motion Compel Production of Documents. (ECF No. 39) Also pending is Plaintiffs Express Scripts, Inc. and Express Scripts Senior Care Holdings, Inc.'s (collectively "Express Scripts") Request for Oral Argument on kaleo's Motion to Compel. (ECF. No. 42) Upon review of its record, the Court notes that this case was referred to Alternative Dispute Resolution ("ADR") on April 30, 2018. (ECF No. 47) The Court encourages the parties to work to resolve these discovery disputes without Court intervention. Thus, the Court will hold the motions in abeyance and allow the parties to, at a minimum, narrow down the disputed discovery requests in accordance with Rule 26(b). The Court will then consider any remaining discovery issues, as well as a request for oral argument.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant kaleo's Motion to Compel (ECF No. 39) and Plaintiffs Express Scripts' Request for Oral Argument (ECF. No. 42) shall be **HELD IN ABEYANCE** pending the potential resolution of these motions in ADR.

Dated this 4th day of May, 2018.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**