UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**Express Scripts, Inc., and**
**Express Scripts Senior Care Holdings, Inc.**,

       Plaintiffs,

   v.                            No. 4:17-cv-1520-RLW

**kaléo, Inc.**,

       Defendant.

## DESIGNATION OF NEUTRAL BY PARTIES AND

## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **Mediation**, dated April 30,

2018, the parties hereby designate by agreement the following individual from the Court's list of

Certified Neutrals to serve as Neutral in the above-styled action.

Name of Neutral/Firm:    Bradley A. Winters of Sher Corwin Winters, LLC

Firm Address:          190 Carondelet Plaza, Suite 1100, St. Louis, MO 63105

Telephone:             (314) 499-5240    Fax:    (314) 721-5201

**The attorneys of record in this case are:**

    **1.  For Plaintiffs**

Lead Counsel:        Michael J. Lyle

    Firm Address:       Quinn Emanuel Urquhart & Sullivan, LLP
                     1300 I Street, N.W., Suite 900
                     Washington, DC 20005

    Telephone:           (202) 538-8000    Fax:    (202) 538-8100

Other Counsel:       Jonathan G. Cooper and Kyra Simon

    Firm Address:       Quinn Emanuel Urquhart & Sullivan, LLP

1

| | 1300 I Street, N.W., Suite 900 |
| | Washington, DC 20005 |

| Telephone: | (202) 538-8000 | Fax: | (202) 538-8100 |

| | Sarah Hellmann |

| Firm Address: | Husch Blackwell, LLP |
| | 190 Carondelet Plaza, Suite 600 |
| | St. Louis, MO 63105 |

| Telephone: | (314) 480-1920 | Fax: | (314) 480-1505 |

## 2.  For Defendants

| Lead Counsel: | Steven F. Barley |

| Firm Address: | Hogan Lovells US LLP |
| | 100 International Drive, Suite 2000 |
| | Baltimore, MD 21202 |

| Telephone: | 410-659-2700 | Fax: | 410-659-2701 |

| Other Counsel: | Marc A. Marinaccio |

| Firm Address: | Hogan Lovells US LLP |
| | 100 International Drive, Suite 2000 |
| | Baltimore, MD 21202 |

| Telephone: | 410-659-2700 | Fax: | 410-659-2701 |

| | James F. Bennett and John J. Rehmann, II |

| Firm Address: | Dowd Bennett LLP |
| | 7733 Forsyth Blvd., Suite 1900 |
| | St. Louis, MO 63105 |

| Telephone: | 314-889-7300 | Fax: | 314-863-2111 |

**The completion deadline for this ADR referral is June 29, 2018.**

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference.

Date of Conference:   June 26, 2018

Time of Conference:   9:30 am

Location of Conference (Check One):

☐ Designated Space at:        Eastern District of Missouri
                              Thomas F. Eagleton Courthouse
                              111 South 10th Street
                              St. Louis, MO 63102

X Other Location:             Sher Corwin Winters, LLC
                              190 Carondelet Plaza, Suite 1100, St. Louis, MO 63105


        All parties and the assigned neutral have been given at least fourteen (14) days notice of

the above-dated conference. The neutral shall schedule any additional conference(s) in

consultation with the parties.

        We, the undersigned parties to this action, declare that this designation is both consensual

and mutual.


                                            3

Dated:  June 8, 2018

For Plaintiffs:

HUSCH BLACKWELL, LLP

By:    */s/ Sarah Hellmann*
Sarah Hellmann #50373MO
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105
(314) 480-1920 (Telephone)
(314) 480-1505 (Facsimile)
sarah.hellmann@huschblackwell.com


QUINN EMANUEL URQUHART &
SULLIVAN LLP

Michael J. Lyle *(pro hac vice)*
Jonathan G. Cooper *(pro hac vice)*
Kyra Simon *(pro hoc vice)*
1300 I Street, N.W., Suite 900
Washington, DC 20005
(202) 538-8000 (Telephone)
(202) 538-8100 (Facsimile)
mikelyle@quinnemanuel.com
jonathancooper@quinnemanuel.com
kyrasimon@quinnemanuel.com

Respectfully Submitted,

For Defendant:

DOWD BENNETT LLP

By:    */s/ John J. Rehrnann, II*
James F. Bennett (#46826MO)
John J. Rehrnann, II (#61245MO)
7733 Forsyth Blvd., Suite 1900
St. Louis. Missouri 63105
(314) 889-7300 (Telephone)
(314) 863-2111 (Facsimile)
jbennett@dowdbennett.com
jrehrnann@dowdbennett.com


HOGAN LOVELLS US LLP

Steven F. Barley *(pro hoc vice)*
Marc A. Marinaccio *(pro hac vice)*
100 International Drive, Suite 2000
Baltimore, Maryland 21202
(410) 659-2700 (Telephone)
(410) 659-2701 ( Facsimile)
steve.barley@hoganlovells.com
mare.marinaccio@hoganlovells.com

4

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 8th day of June, 2018, I electronically filed the

foregoing  document with the Clerk of the Court using the CM/ECF system, which will

automatically provide notice to all attorneys of record by electronic means.


*/s/ Sarah Hellmann*
Sarah Hellmann